| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Jaimee Buenrostro<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/24/2024          Jaimee Buenrostro                    /s/ Jaimee Buenrostro
                          Printed name of Debtor 1              Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____                 _____
                          Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          F 1002-1.EMP.INCOME.DEC

PAID ON BEHALF OF: COLUMBIA RIVERSIDE, INC
One Park Plaza, Nashville, TN 37203
FACILITY: RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave, Riverside, CA 92501
951-788-3000
PROCESS LEVEL: 07150
EMPLOYEE ID: 056648675

83991809
JAIMEE R BUENROSTRO
DATE: 02/09/2024

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION* | HOURS | RATE** | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| WK 01/27 | | | | |
| Straight | 35.82 | 67.4946 | 2,417.66 | 9,420.23 |
| DbleTime | 0.38 | 67.4947 | 25.65 | 108.66 |
| WK 02/03 | | | | |
| Straight | 21.47 | 67.4946 | 1,449.11 | |
| PTO | 12.00 | 67.4946 | 809.94 | 1,619.88 |
| PTOKinCr | 0.00 | 0.0000 | 0.00 | 2,429.81 |
| EIBKinCr | 0.00 | 0.0000 | 0.00 | 809.94 |
| MisdMeal | 1.00 | 67.4947 | 67.49 | 337.46 |
| MsdBreak | 3.00 | 67.4947 | 202.48 | 742.43 |
| MsdBreak | 1.00 | 67.4946 | 67.49 | |
| Dscr Bns | 0.00 | 0.0000 | 0.00 | 2,250.00 |
| Total Hours Worked | 57.29 | | | |
| GROSS EARNINGS | | >>> | 5,039.82 | 17,718.41 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| CA WH | 309.99 | 1,194.78 |
| CASDI | 55.11 | 193.92 |
| SS EE | 310.83 | 1,093.62 |
| Medicare | 72.70 | 255.77 |
| FIT WH | 150.50 | 1,041.56 |
| Dental | 18.59 | 55.77 |
| Vision | 7.54 | 22.62 |
| LTD | 3.52 | 10.56 |
| 401K % | 151.19 | 464.05 |
| DepLIfCH | 0.49 | 1.47 |
| UDue 121 | 76.74 | 220.48 |
| GiftShop | 0.00 | 3.80 |
| TOTAL DEDUCTIONS | 1,157.20 | 4,558.40 |

**NET PAY >>>** 3,882.62
PAY PERIOD 01/21/2024 - 02/03/2024

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 3.20 | 9.60 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 6.40 | 7.49 |
| EIB | 1.60 | 4.91 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 17,175.01 |
| SS EE | 17,639.06 |
| Medicare | 17,639.06 |
| CA WH | 17,175.01 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED H | 0 | 0.00 |
| CA | 4 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXX4907 | | 3,882.62 |

*The overtime (Overtime), double time (DbleTime), and shift differential hours, as well as hours worked paid at other rates, are included in Total Hours Worked.
To prevent double counting of hours, such hours should not be added again to "Total Hours Worked." Contact HCAhrAnswers with questions.
** The "Overtime" line shows the overtime rate as an overtime premium (0.5x the regular rate of pay, as determined by law) and the corresponding overtime hours.
The "DbleTime" line shows the double time rate as a double time premium (1.0x the regular rate of pay, as determined by law) and the corresponding double time hours.

RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave
Riverside, CA 92501
951-788-3000

**DEPOSIT VOUCHER ONLY - NOT A CHECK**

COLUMBIA RIVERSIDE, INC
One Park Plaza
Nashville, TN 37203

83991809
DATE: 02/09/2024

| AMOUNT |
|---|
| $***0.00 |

ZERO DOLLARS AND 00/100

JAIMEE R BUENROSTRO
19178 WHITE DOVE LANE
RIVERSIDE, CA 92508

**PAYROLL DIRECT DEPOSIT VOUCHER**                    **NON-NEGOTIABLE**

PAID ON BEHALF OF: COLUMBIA RIVERSIDE, INC
One Park Plaza, Nashville, TN 37203
FACILITY: RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave, Riverside, CA 92501
951-788-3000
PROCESS LEVEL: 07150
EMPLOYEE ID: 056648675

83829137
JAIMEE R BUENROSTRO
DATE: 01/26/2024

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION* | HOURS | RATE** | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| WK 01/20 | | | | |
| Straight | 36.71 | 67.4946 | 2,477.73 | 5,553.46 |
| DbleTime | 0.73 | 67.4947 | 49.27 | 83.01 |
| PTO | 12.00 | 67.4946 | 809.94 | 809.94 |
| PTOKinCr | 24.00 | 67.4946 | 1,619.87 | 2,429.81 |
| EIBKinCr | 12.00 | 67.4946 | 809.94 | 809.94 |
| MisdMeal | 2.00 | 67.4947 | 134.99 | 269.97 |
| MsdBreak | 3.00 | 67.4947 | 202.48 | 472.46 |
| Dscr Bns | 0.00 | 0.0000 | 0.00 | 2,250.00 |
| Total Hours Worked | 36.71 | | | |
| GROSS EARNINGS | | >>> | 6,104.22 | 12,678.59 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| CA WH | 415.61 | 884.79 |
| CASDI | 66.82 | 138.81 |
| SS EE | 376.82 | 782.79 |
| Medicare | 88.13 | 183.07 |
| FIT WH | 398.29 | 891.06 |
| Dental | 18.59 | 37.18 |
| Vision | 7.54 | 15.08 |
| LTD | 3.52 | 7.04 |
| 401K % | 183.13 | 312.86 |
| DepLIfCH | 0.49 | 0.98 |
| UDue 121 | 80.18 | 143.74 |
| GiftShop | 0.00 | 3.80 |
| TOTAL DEDUCTIONS | 1,639.12 | 3,401.20 |

**NET PAY >>>** 4,465.10
PAY PERIOD 01/07/2024 - 01/20/2024

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 3.20 | 6.40 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 12,312.83 |
| SS EE | 12,625.69 |
| Medicare | 12,625.69 |
| CA WH | 12,312.83 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.82 | 13.09 |
| EIB | 1.96 | 3.31 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | H | 0 | 0.00 |
| CA | | 4 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXX4907 | | 4,465.10 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

*The overtime (Overtime), double time (DbleTime), and shift differential hours, as well as hours worked paid at other rates, are included in Total Hours Worked.
To prevent double counting of hours, such hours should not be added again to "Total Hours Worked." Contact HCAhrAnswers with questions.
** The "Overtime" line shows the overtime rate as an overtime premium (0.5x the regular rate of pay, as determined by law) and the corresponding overtime hours.
The "DbleTime" line shows the double time rate as a double time premium (1.0x the regular rate of pay, as determined by law) and the corresponding double time hours.

RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave
Riverside, CA 92501
951-788-3000

**DEPOSIT VOUCHER ONLY - NOT A CHECK**

COLUMBIA RIVERSIDE, INC
One Park Plaza
Nashville, TN 37203

83829137

DATE: 01/26/2024

| AMOUNT |
|---|
| $***0.00 |

ZERO DOLLARS AND 00/100

JAIMEE R BUENROSTRO
19178 WHITE DOVE LANE
RIVERSIDE, CA 92508

**PAYROLL DIRECT DEPOSIT VOUCHER**                                    **NON-NEGOTIABLE**

PAID ON BEHALF OF: COLUMBIA RIVERSIDE, INC
One Park Plaza, Nashville, TN 37203
FACILITY: RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave, Riverside, CA 92501
951-788-3000
PROCESS LEVEL: 07150
EMPLOYEE ID: 056648675

83676035
JAIMEE R BUENROSTRO
DATE: 01/12/2024

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION* | HOURS | RATE** | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| WK 12/30 | | | | |
| Straight | 21.47 | 67.4946 | 1,449.11 | 3,075.73 |
| DbleTime | 0.27 | 67.4946 | 18.22 | 33.74 |
| WK 01/06 | | | | |
| Straight | 24.10 | 67.4946 | 1,626.62 | |
| DbleTime | 0.23 | 67.4946 | 15.52 | |
| PTOKinCr | 12.00 | 67.4946 | 809.94 | 809.94 |
| MisdMeal | 2.00 | 67.4946 | 134.98 | 134.98 |
| MsdBreak | 4.00 | 67.4946 | 269.98 | 269.98 |
| Dscr Bns | 0.00 | 0.0000 | 2,250.00 | 2,250.00 |
| Total Hours Worked | 45.57 | | | |
| GROSS EARNINGS | | >>> | 6,574.37 | 6,574.37 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| CA WH | 469.18 | 469.18 |
| CASDI | 71.99 | 71.99 |
| SS EE | 405.97 | 405.97 |
| Medicare | 94.94 | 94.94 |
| FIT WH | 492.77 | 492.77 |
| Dental | 18.59 | 18.59 |
| Vision | 7.54 | 7.54 |
| LTD | 3.52 | 3.52 |
| 401K % | 129.73 | 129.73 |
| DepLIfCH | 0.49 | 0.49 |
| GiftShop | 3.80 | 3.80 |
| UDue 121 | 63.56 | 63.56 |
| TOTAL DEDUCTIONS | 1,762.08 | 1,762.08 |

**NET PAY >>>** 4,812.29
PAY PERIOD 12/24/2023 - 01/06/2024

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 3.20 | 3.20 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| EIB | 1.33 | 13.35 |
| PTO | 5.31 | 41.27 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 6,418.19 |
| SS EE | 6,547.92 |
| Medicare | 6,547.92 |
| CA WH | 6,418.19 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED      H | 0 | 0.00 |
| CA | 4 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:       $0.00

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXX4907 | | 4,812.29 |

*The overtime (Overtime), double time (DbleTime), and shift differential hours, as well as hours worked paid at other rates, are included in Total Hours Worked.
To prevent double counting of hours, such hours should not be added again to "Total Hours Worked." Contact HCAhrAnswers with questions.
** The "Overtime" line shows the overtime rate as an overtime premium (0.5x the regular rate of pay, as determined by law) and the corresponding overtime hours.
The "DbleTime" line shows the double time rate as a double time premium (1.0x the regular rate of pay, as determined by law) and the corresponding double time hours.

RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave
Riverside, CA 92501
951-788-3000

**DEPOSIT VOUCHER ONLY - NOT A CHECK**

COLUMBIA RIVERSIDE, INC
One Park Plaza
Nashville, TN 37203

83676035

DATE: 01/12/2024

| AMOUNT |
|---|
| $***0.00 |

ZERO DOLLARS AND 00/100

JAIMEE R BUENROSTRO
19178 WHITE DOVE LANE
RIVERSIDE, CA 92508

**PAYROLL DIRECT DEPOSIT VOUCHER**     **NON-NEGOTIABLE**

```
PAID ON BEHALF OF:  COLUMBIA RIVERSIDE, INC                                                    83500883
                    One Park Plaza, Nashville, TN 37203                               JAIMEE R BUENROSTRO
         FACILITY:  RIVERSIDE COMMUNITY HOSP                                          DATE: 12/29/2023
                    4445 Magnolia Ave, Riverside, CA 92501                                  Page 1 of 2
                    951-788-3000
    PROCESS LEVEL:  07150
      EMPLOYEE ID:  056648675
```

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION* | HOURS | RATE** | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| WK 12/16 | | | | |
| Straight | 32.70 | 62.6400 | 2,048.33 | 33,201.70 |
| DbleTime | 0.70 | 62.6401 | 43.85 | 437.36 |
| WK 12/23 | | | | |
| Straight | 36.54 | 62.6400 | 2,288.87 | |
| DbleTime | 0.82 | 62.6401 | 51.36 | |
| Overtime | 0.00 | 0.0000 | 0.00 | 713.61 |
| Educ | 0.00 | 0.0000 | 0.00 | 632.66 |
| PkUpShfB | 0.00 | 0.0000 | 0.00 | 342.00 |
| BonRetOT | 0.00 | 0.0000 | 0.00 | 21.85 |
| Oth NP | 12.00 | 62.6400 | 751.68 | 751.68 |
| MisdMeal | 4.00 | 62.6401 | 250.56 | 1,134.87 |
| MsdBreak | 5.00 | 62.6401 | 313.20 | 2,399.18 |
| KinCare | 12.00 | 0.0000 | 0.00 | |
| Total Hours Worked | 69.24 | | | |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| CA WH | 386.83 | 2,719.86 |
| CASDI | 51.55 | 355.55 |
| SS EE | 355.15 | 2,449.35 |
| Medicare | 83.06 | 572.83 |
| FIT WH | 344.98 | 2,193.71 |
| Dental | 14.00 | 92.20 |
| Vision | 6.12 | 39.56 |
| LTD | 2.41 | 14.46 |
| 401K % | 172.44 | 498.29 |
| DepLIfCH | 0.49 | 2.94 |
| GiftShop | 18.34 | 53.63 |
| UDue 121 | 69.99 | 506.95 |
| CoCents | 0.00 | 10.89 |
| **TOTAL DEDUCTIONS** | 1,505.36 | 9,510.22 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 2.82 | 16.92 |

| **NET PAY >>>** | | **4,242.49** |
|---|---|---|
| PAY PERIOD | 12/10/2023 - 12/23/2023 | |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| EIB | 1.60 | 12.02 |
| PTO | 47.96 | 47.96 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 39,007.32 |
| SS EE | 39,505.61 |
| Medicare | 39,505.61 |
| CA WH | 39,007.32 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   H | 0 | 0.00 |
| CA | 4 | 0.00 |

| YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: | $0.00 |
|---|---|

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXX4907 | | 4,242.49 |

*The overtime (Overtime), double time (DbleTime), and shift differential hours, as well as hours worked paid at other rates, are included in Total Hours Worked.
To prevent double counting of hours, such hours should not be added again to "Total Hours Worked." Contact HCAhrAnswers with questions.
** The "Overtime" line shows the overtime rate as an overtime premium (0.5x the regular rate of pay, as determined by law) and the corresponding overtime hours.
The "DbleTime" line shows the double time rate as a double time premium (1.0x the regular rate of pay, as determined by law) and the corresponding double time hours.

```
RIVERSIDE COMMUNITY HOSP                                           COLUMBIA RIVERSIDE, INC
4445 Magnolia Ave                                                  One Park Plaza                    83500883
Riverside, CA 92501          DEPOSIT VOUCHER ONLY -                Nashville, TN 37203
951-788-3000                    NOT A CHECK
                                                                                           DATE: 12/29/2023
```

| | AMOUNT |
|---|---|
| | $***0.00 |

ZERO DOLLARS AND 00/100

JAIMEE R BUENROSTRO
19178 WHITE DOVE LANE
RIVERSIDE, CA 92508

**PAYROLL DIRECT DEPOSIT VOUCHER**                                                        **NON-NEGOTIABLE**

PAID ON BEHALF OF: COLUMBIA RIVERSIDE, INC
One Park Plaza, Nashville, TN 37203
FACILITY: RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave, Riverside, CA 92501
951-788-3000
PROCESS LEVEL: 07150
EMPLOYEE ID: 056648675

83500883
JAIMEE R BUENROSTRO
DATE: 12/29/2023
Page 2 of 2

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION* | HOURS | RATE** | EARNINGS | YEAR-TO-DATE | DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| GROSS EARNINGS | | >>> | 5,747.85 | 39,634.91 | | | |

PAID ON BEHALF OF: COLUMBIA RIVERSIDE, INC
One Park Plaza, Nashville, TN 37203
FACILITY: RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave, Riverside, CA 92501
951-788-3000
PROCESS LEVEL: 07150
EMPLOYEE ID: 056648675

83040627
JAIMEE R BUENROSTRO
DATE: 11/17/2023

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION* | HOURS | RATE** | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| WK 11/04 | | | | |
| Straight | 37.05 | 62.6400 | 2,320.81 | 19,581.25 |
| DbleTime | 1.05 | 62.6399 | 65.77 | 285.27 |
| WK 11/11 | | | | |
| Straight | 36.07 | 62.6400 | 2,259.42 | |
| DbleTime | 0.25 | 62.6399 | 15.66 | |
| Overtime | 0.00 | 0.0000 | 0.00 | 449.27 |
| Educ | 0.00 | 0.0000 | 0.00 | 393.38 |
| PkUpShfB | 0.00 | 0.0000 | 0.00 | 200.00 |
| BonRetOT | 0.00 | 0.0000 | 0.00 | 21.85 |
| MisdMeal | 4.00 | 62.6399 | 250.56 | 693.26 |
| MsdBreak | 6.00 | 62.6399 | 375.84 | 1,259.13 |
| KinCare | 0.00 | 0.0000 | 0.00 | |
| Total Hours Worked | 73.12 | | | |
| GROSS EARNINGS | | >>> | 5,288.06 | 22,883.41 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| CA WH | 357.44 | 1,607.74 |
| CASDI | 47.42 | 205.32 |
| SS EE | 326.64 | 1,414.42 |
| Medicare | 76.39 | 330.79 |
| FIT WH | 526.02 | 1,270.50 |
| Dental | 14.00 | 50.20 |
| Vision | 6.12 | 21.20 |
| LTD | 2.41 | 7.23 |
| DepLIfCH | 0.49 | 1.47 |
| GiftShop | 24.89 | 29.23 |
| UDue 121 | 74.23 | 297.49 |
| CoCents | 0.00 | 10.89 |
| TOTAL DEDUCTIONS | 1,456.05 | 5,246.48 |

**NET PAY >>>**  3,832.01
PAY PERIOD  10/29/2023 - 11/11/2023

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 2.82 | 8.46 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| EIB | 1.69 | 7.10 |
| PTO | 0.00 | 0.00 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 22,813.24 |
| SS EE | 22,813.24 |
| Medicare | 22,813.24 |
| CA WH | 22,813.24 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   H | 0 | 0.00 |
| CA | 4 | 0.00 |
| | 4 | |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXX4907 | | 3,832.01 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:  $0.00

*The overtime (Overtime), double time (DbleTime), and shift differential hours, as well as hours worked paid at other rates, are included in Total Hours Worked.
To prevent double counting of hours, such hours should not be added again to "Total Hours Worked." Contact HCAhrAnswers with questions.
** The "Overtime" line shows the overtime rate as an overtime premium (0.5x the regular rate of pay, as determined by law) and the corresponding overtime hours.
The "DbleTime" line shows the double time rate as a double time premium (1.0x the regular rate of pay, as determined by law) and the corresponding double time hours.

RIVERSIDE COMMUNITY HOSP
4445 Magnolia Ave
Riverside, CA 92501
951-788-3000

**DEPOSIT VOUCHER ONLY -
NOT A CHECK**

COLUMBIA RIVERSIDE, INC
One Park Plaza                    83040627
Nashville, TN 37203

DATE: 11/17/2023

| AMOUNT |
|---|
| $***0.00 |

ZERO DOLLARS AND 00/100

JAIMEE R BUENROSTRO
19178 WHITE DOVE LANE
RIVERSIDE, CA 92508

**PAYROLL DIRECT DEPOSIT VOUCHER**                    **NON-NEGOTIABLE**